# EXHIBIT 3



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

United States of America,  |

    Plaintiff,  |

V.  |   CASE NO. -CR-04-115-WH

Kenneth Eugene Barrett,  |

    Defendant,  |

**FILED**

MAY 13 2005

William B. Guthrie
Clerk, U.S. District Court

By _____
             Deputy Clerk

## MOTION FOR CHANGE OF APPOINTED COUNSEL

Comes now the Defendant, Kenneth Eugene Barrett, proceeding herein pro se, urging this honorable court to dismiss Defendants current counsel of record and appoint new counsel at its discretion. In light of the foregoing instrument the Defendant would show the following:

1. On or about November 9, 2004 the Defendant was charged in a three count indictment, Count 1 ( Title 18, USC 924(c)(1)(A) and (j), [Use and Carry a Firearm During and Relation to Drug Trafficking Crimes and Possess a Firearm in Furtherance of Such Drug

KEB011384

Trafficking Offenses, Resulting in Death]. Count 2 ( Title 18, USC 924(c)(1)(A)And(j) [Use And Carry A Firearm During And Relation to A Crime of Violence And Possess A Firearm in Furtherance of Such Crimes of Violence] Count 3( Title 21, USC 848(e)(1)(B) [Intentionally Killing, During the Commission of A Drug Trafficking Crime, A State Law Enforcement Officer, Engaged in the Performance of His Official Duties].

2. On or about November 9, 2004 the Defendant was charged in the Aforementioned three (3) part indictment And was Appointed, Roger Hilfiger, As counsel of Record And A plea of not guilty was entered As to All counts.

3. Since the Appointment of counsel, counsel has lied to the Defendant on multiple occasions.

4. Counsel will not Accept Defendants phone calls forcing Defendant to use other means of contact.

5. Overall, Defendant has lost All trust in present counsel And Defendant feels this trust cannot be

KEB011385

regained by any means.

In light of the above mentioned reasons and due to the seriousness of the charges against Defendant, Defendant would pray this honorable court to review and consider this motion and grant the Defendant new counsel.

Respectfully Submitted

Kenneth Eugene Barrett
Muskogee County Jail
122 South 3rd Street
Muskogee, Oklahoma 74401

Certificate of Service

I, Kenneth Eugene Barrett, duly swear that a true and corret copy of the foregoing document was mailed to the following on this 9th day of May, 2005.

D. Michael Littlefield, Esq AUSA
John David, Echols, Esq
Roger Hilfiger, Esq

KEB011386

To the Court Clerk

Please return a filed copy of this motion to Kenneth Eugene Barrett at 122 S. 3rd st Muskogee, OK 74401

KEB011387