

# EXHIBIT 4

In the United States District Court
for the Eastern District of Oklahoma

United States of America |
Plaintiff |
|
V. | Case No. CR-04-115-WH
|
Kenneth Eugene Barrett |
Defendent |

FILED

MAY 23 2005

William B. Guthrie
Clerk, U.S. District Court

By_____
Deputy Clerk

## Motion for Change OF APPOINTED COUNSEL

Comes now the Defendent, Kenneth Eugene Barrett proceeding herein pro se, urging this honorable court to dismiss Defendents current counsel of Record and appoint New Counsel at its discretion. In light of the foregoing instrument the Defendent would show the following

1. On or about November 9, 2004 the Defendent was charged in a three count indictment Count 1 Title 18, USC 924 (c)(1)(A) and (J) [ Use and Carry a firearm During and Relation to Drug Trafficking Crimes and Possess a Firearm in Furtherance of Such Drug Trafficking Offenses, Resulting in Death ] Count 2 ( Title 18, USC 924 (c)(1)(A) and (J) [ Use and Carry a firearm During and

Relation to a Crime of Violence and Possess a Firearm in Furtherance of Such Crimes of Violence ] Count 3 (Title 21 USC 848 (e)(1)(B) Intentionally Killing During the Commission of A Drug Trafficking Crime, A State Law Enforcement Officer Engaged in the Performance of His Offical Duties ]

2. On or about November 9, 2004 the Defendent was charged in the afore mentioned three (3) part indictment and was appointed Rodger Hilfiger, as counsel of Record And a plea of Not guilty was entered as to all Counts

3. Since the appointment of Counsel I Kenneth Eugene Barrett have lost my Main Counsel John David Echols. And DO NOT Want Rodger Hilfiger or Bret Smith To be my Counsel. I do not have the Faith in them or the trust to be

able to defend me.

4. I do not agree with their Stradegy with my case. They both have a case load which does not give enough time for them to pre-pare for a Death Penalty Case as such is mine.

5. Mr Smith has never even done a Death Penalty Case.

6. I do not feel comfortalbe with them as my Counsel. Or feel that I could trust them.

In light of the above mentioned Reasons and due to the seriousness of the charges against Defendent, Defendent would pray this honorable court to review and consider this motion and grant the Defendant new Counsel.

Respectfully Submitted
Kenneth Eugene Barrett
Muskogee County Jail
122 South 3rd Street
Muskogee, Oklahoma  74401

## Certificate of Service

I Kenneth Eugene Barrett, duly swear that
A True and Corret Copy of the foregoing
document was mailed to the following
On this 19th day of May ,2005
D. Michael Littefield Esq A USA
Rodger Hilfiger Esq
Bret Smith     Esq

To the Court Clerk
 Please return a filed Copy of this
motion to Kenneth Eugene Barrett
at 122 South 3rd St Muskogee, OK
                                    74401
                    Thank you.