**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
**CARRIE L. WARD**, MO Bar #57581
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:    Joan_Fisher@fd.org
    Carrie_Ward@fd.org

Attorneys for Petitioner/Defendant,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>    Petitioner/Defendant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent/Respondent. | **CAPITAL CASE**<br><br>Case No. 6:19-cv-00152-RAW<br><br>**PETITIONER'S NOTICE OF ERRATA** |

    KENNETH E. BARRETT, Petitioner/Defendant herein, by and through his undersigned counsel,

hereby corrects the following error in his 28 U.S.C. §2255 Motion to Vacate Conviction filed May 14,

2019 (Formerly Case No. 6:04-cr-00115-RAW, Doc 489) (No. 6:19-cv-00152-RAW, Doc. 1).

1.    At Page 1: 28 U.S.C. § 2255 MOTION TO VACATE CONVICTION UNDER *MCCOY V.*

    ~~*UNITED STATES*~~

**The correct title should read:**

    28 U.S.C. § 2255 MOTION TO VACATE CONVICTION UNDER *MCCOY V.*

    *LOUISIANA*.

The undersigned counsel apologize for any inconvenience counsel's failure to notice and correct the error prior to filing may have caused.

DATED:        May 15, 2019

> Respectfully submitted,
>
> /s/ *Joan M. Fisher*_____
> JOAN M. FISHER
> Assistant Federal Defender
>
> /s/ *Carrie L. Ward*_____
> CARRIE L. WARD
> Assistant Federal Defender

## CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY

On this 15th day of May, 2019, I caused the foregoing Motion to be filed with the Clerk of the

Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson,

AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record.

To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.


*/s/ Joan M. Fisher___*
JOAN M. FISHER
Assistant Federal Defender