No. 19-7028

In re: **KENNETH EUGENE BARRETT**, Movant.

**UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME IN WHICH TO RESPOND TO MOVANT'S MOTION TO FILE A SUCCESSIVE § 2255 MOTION**

The United States of America, by and through undersigned counsel, hereby moves this Court for an unopposed fourteen-day extension of time, to and including June 12, 2016, in which to file its response to the above-captioned Application for Authority to File a Successive 28 U.S.C. § 2255 Motion to Vacate Conviction under *McCoy v. Louisiana*. This Motion is made for good cause as set forth the in the attached Declaration of Jeffrey B. Kahan.

Although the statute governing second or successive motions states that "[t]he court of appeals shall grant or deny the authorization to file . . . not later than 30 days after the filing of the motion," 28 U.S.C. § 2244(b)(3)(D), that time-limit is not a jurisdictional requirement. *See Browning v. United States*, 241 F.3d 1262, 1263-64 (10th Cir. 2001) (en banc) ("[W]e agree with other circuits that the time limit in section 2244(b)(3)(D) is hortatory or advisory rather than

///

///

///

1

mandatory.") (internal quotation marks omitted; citing cases). Neither party objects to extending the usual 30-day period for deciding whether to certify a successive motion in this case.

Dated: May 22, 2019:

Respectfully submitted,

BRIAN KUESTER
United States Attorney,
Eastern District of Oklahoma

*S/Jeffrey B. Kahan*
JEFFREY B. KAHAN
Deputy Chief, Capital Case Section
U.S. Dept. of Justice
1331 F. Street, NW; 6th Fl.
Washington, D.C. 20530
(202) 305-8910
(202) 353-9779 fax

**DECLARATION OF JEFFREY B. KAHAN RE: MOTION FOR EXTENSION IN *IN RE: BARRETT***

I, JEFFREY B. KAHAN, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am an attorney at law duly licensed to practice before this Court and the courts of the State of Maryland and the Commonwealth of Pennsylvania. I am the Deputy Chief of the Capital Case Section of the Department of Justice, and am currently assigned to prepare the Government's response to Kenneth Eugene Barrett's Motion to File a Successive § 2255 Motion (Tenth Circuit case no. 19-7028).

The response is due May 29, 2019. I respectfully request a 14-day extension of time, to and including June 12, 2016, in which to prepare, serve and file the brief. This Court has not previously granted the government any extension of time in this matter. I contacted Movant's counsel, Joan Fisher, by e-mail, and she did no        Movant is currently awaiting execution for intentionally killing a state law enforcement officer during a drug trafficking crime (21 U.S.C. § 848(e)(1)(B)) and serving two life sentences for firearm murder (18 U.S.C. § 924(e)) at the U.S. Penitentiary, Terre Haute. He is concurrently serving an Oklahoma state prison sentence for assault and battery with a dangerous weapon that expires January 20, 2020. He has not yet completed the litigation of his first motion for relief under § 2255 (E.D. Okla. case no. 09-cv-105-RAW): following a remand by this court in *United States v. Barrett*, 797 F.3d 1207 (10th Cir. 2015), the district court conducted an evidentiary hearing, denied relief, and issued a certificate of appealability. Though Barrett has not yet filed a notice of appeal from the district court's judgment, he has moved to alter or amend the court's opinion. Additionally, Barrett has a pending request to file a successive § 2255 motion, which this Court held in abeyance in case no. 16-7039.

t object to my request.

Movant's motion to file a successive motion is 16 pages long. It refers to a proposed § 2255 motion that is 19 pages long. Although I have begun to draft a response a response in opposition, I have substantial scheduling conflicts. Within the Capital Case Section I am responsible for managing the review of all cases submitted for review under the Department of Justice's Death Penalty Protocol, as outlined under Justice Manual § 9-10.010, *et seq*. At present, 33 cases are undergoing review in the Capital Case Section, all of which will require my review of memoranda for the Attorney General. I also supervise a staff of eight attorneys and two administrative employees. Apart from my professional responsibilities, I have a pre-planned out-of-state trip scheduled for May 23 to May 27, 2019. Additionally, Department of Justice Policy requires an attorney at the Criminal Division's Appellate Section to review of my response to Movant's request to file a successive § 2255 Motion.

For the foregoing reasons, I respectfully request that this Court permit the government to extend the deadline for the government's responsive brief to June 12, 2019.

Executed at Washington, D.C. May 22, 2019:

*/S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN
Deputy Chief, Capital Case Section

## CERTIFICATE OF ECF FILING AND DELIVERY

I, hereby certify that on May 22, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  A Notice of Electronic Filing will be sent via the Court's ECF system to the following counsel of record for the Movant:

- Mr. David B. Autry dbautry44@hotmail.com
- Ms. Joan M. Fisher Joan_Fisher@fd.org
- Ms. Carrie Ward: carrie_ward@fd.org

I hereby certify that I caused a true and correct copy of the foregoing document to be mailed via the United States Postal Service on May 22, 2019, to the following:

Not Applicable as Defendant Has Counsel


*S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN


## ADDITIONAL CERTIFICATIONS

I hereby certify as follows:

1. All required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5), Tenth Circuit Rule 25.5, Fed. R. Civ. P. 5.2; Fed. R. Crim. P. 49.1; Fed. R. Bankr. P. 9037;
2. No hard copies of this pleading are required to be submitted to the clerk's office;
3. This ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program, McAfee Endpoint Security, updated May 22, 2019, and, according to the program, is free of viruses.
4.  The text of this motion is 265 words, and the accompanying declaration is 536 words, for a total of 801 words.

Dated: this 22nd day of May 2019:


*S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN