## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

In re: Barrett

Case No. 19-7028

INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for
_____The United States of America_____
Party or Parties
_____Respondent_____, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**
On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

✓      There are no such parties, or any such parties have heretofore been disclosed to the court.

Jeffrey B. Kahan_____      _____
Name of Counsel                                                      Name of Counsel

/s/Jeffrey B. Kahan _____      _____
Signature of Counsel                                                 Signature of Counsel

1331 F Street, NW; 6th Floor; Washington, DC 20530
202-305-8910_____      _____
Mailing Address and Telephone Number                      Mailing Address and Telephone Number

Jeffrey.kahan@usdoj.gov_____      _____
E-Mail Address                                                         E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) ___5/22/19_____ via (state method of service) ___ECF_____.

to David B Autry, Joan M. Fisher, Carrie Ward_____      /S/Jeffrey B. Kahan_____
(*See* Fed. R. App. P. 25(b))                                           (Signature)

**A-5** Entry of Appearance Form 10/09

## UNITED STATES COURT OF APPEALS
### FOR THE TENTH CIRCUIT

v.

Case No.

**Certificate of Interested Parties**

 

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation.  *See* 10ᵗʰ Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

**A-5** Entry of Appearance Form 10/09

**CERTIFICATE OF ECF FILING AND DELIVERY**

I, hereby certify that on May 22, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. A Notice of Electronic Filing will be sent via the Court's ECF system to the following counsel of record for the Movant:

- Mr. David B. Autry dbautry44@hotmail.com
- Ms. Joan M. Fisher Joan_Fisher@fd.org
- Ms. Carrie Ward: carrie_ward@fd.org

I hereby certify that I caused a true and correct copy of the foregoing document to be mailed via the United States Postal Service on May 22, 2019, to the following:

Not Applicable as Defendant Has Counsel

*S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN

**ADDITIONAL CERTIFICATIONS**

I hereby certify as follows:

1. All required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5), Tenth Circuit Rule 25.5, Fed. R. Civ. P. 5.2; Fed. R. Crim. P. 49.1; Fed. R. Bankr. P. 9037;
2. No hard copies of this pleading are required to be submitted to the clerk's office;
3. This ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program, McAfee Endpoint Security, updated May 22, 2019, and, according to the program, is free of viruses.

Dated: this 22nd day of May 2019:

*S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN